IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MELVIN DAVID LEWIS,

    Plaintiff,

vs.

HUGH SMITH, Warden; JOHN W. PAUL; STEVE ROBERTS; WENDELL FOWLER; LOUIE SMITH; VISOL SMITH; VICKIE NAIL; D. COX; WILLIAM ALLEN; JANET BREWTON; TONYA ANDERSON; DEBRA KIGHT; GARY HARDEN; L. McGOWEN; RICKY BOATRIGHT; Sgt. BLACK, and RONNIE WILLIAMS,

    Defendants.

CIVIL ACTION NO.: CV606-020

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants H. Smith, Roberts, Paul, L. Smith, V. Smith, D. Cox, J. Brewton, Anderson, Harden, and McGowen are **DISMISSED**, with prejudice, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). Plaintiff's claims against Defendants Fowler, Nail, Allen, Kight, Boatright, Black, and Williams are **DISMISSED**, without prejudice. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 7 day of Sept., 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)